UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

VEECO INSTRUMENTS INC.,  )
 )
           Plaintiff,  )
 )
v.   )   Civil Action No. CV 17-2217
 )
SGL CARBON, LLC, and  )   **NOTICE OF MOTION TO ADMIT**
SGL GROUP SE  )   **COUNSEL PRO HAC VICE**
 )
           Defendants.  )

---

PLEASE TAKE NOTICE that pursuant to the affidavit of Andrew J. Sutton in support of this motion and the Certificate of Good standing attached thereto, I will move the Court before the Honorable Dora L. Irizarry and/or James Orenstein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Andrew J. Sutton, an attorney with the firm of Ropes & Gray LLP, and a member in good standing of the Bar of the State of California and the Bar of the District of Columbia as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff, Veeco Instruments Inc. There are no pending disciplinary proceedings against me in any state or federal court.

62115402_1

Dated: April 13, 2017

By: _____
Andrew J. Sutton
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Andrew.Sutton@ropesgray.com
(202)508-4600

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

62115402_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CV 17-2217 |
| ) | |
| SGL CARBON, LLC, and ) | **AFFIDAVIT OF ANDREW J. SUTTON** |
| SGL GROUP SE ) | **IN SUPPORT OF MOTION TO ADMIT** |
| Defendants. ) | **COUNSEL *PRO HAC VICE*** |

State of __District of Columbia__
County of __Washington__

Andrew J. Sutton, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Ropes & Gray LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of California and the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff, Veeco Instruments Inc.

62115402_1

Dated: April 13, 2017

By: _____
Andrew J. Sutton
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Andrew.Sutton@ropesgray.com
(202)508-4600

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

State of *District of Columbia*

County of *DC*

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this *13th* day of *April*, *2017*

_____
Calencia E. Behlin, Notary Public, D.C.
My commission expires May 31, 2019.

On this 13th day of April, 2017, before me, personally appeared Andrew J. Sutton, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
CALENCIA E. BEHLIN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2019

Notary Public

62115402_1



# Supreme Court of California

JORGE E. NAVARRETE
Court Administrator and Clerk of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ANDREW JOHN SUTTON*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ANDREW JOHN SUTTON, #299195, was on the 3rd day of December, 2014, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 12th day of April, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
C. Wong, *Senior Deputy Clerk*



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANDREW JOHN SUTTON

was on **JANUARY 8, 2016** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 10, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGL CARBON, LLC, and ) <br> SGL GROUP SE ) <br> Defendants. ) <br> ) | Civil Action No. CV 17-2217 <br><br> **[PROPOSED] ORDER GRANTING** <br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Andrew J. Sutton, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

So **ORDERED** and **SIGNED** this ____ day of _____, 2017.

_____
United States District Court Judge/Magistrate Judge

62115402_1