UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGL CARBON, LLC, and )<br>SGL GROUP SE )<br>Defendants. )<br>) | Civil Action No. CV 17-2217<br><br>**NOTICE OF MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that pursuant to the affidavit of Andrew N. Thomases in support of this motion and the Certificate of Good standing attached thereto, I will move the Court before the Honorable Dora L. Irizarry and/or James Orenstein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Andrew N. Thomases, an attorney with the firm of Ropes & Gray LLP, and a member in good standing of the Bar of the State of California as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff, Veeco Instruments Inc. There are no pending disciplinary proceedings against me in any state or federal court.

62115491_1

Dated: April 13, 2017

By: _____
Andrew N. Thomases
ROPES & GRAY LLP
1900 University Avenue, 6th Fl.
East Palo Alto, CA 94303
andrew.thomases@ropesgray.com
(650) 617-4000

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

62115491_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., <br><br> Plaintiff, <br><br> v. <br><br> SGL CARBON, LLC, and <br> SGL GROUP SE <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. CV 17-2217 <br> ) <br> ) <br> ) **AFFIDAVIT OF ANDREW N. THOMASES** <br> ) **IN SUPPORT OF MOTION TO ADMIT** <br> ) **COUNSEL *PRO HAC VICE*** <br> ) |

State of _California_
County of _San Mateo_

    Andrew N. Thomases, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Ropes & Gray LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff, Veeco Instruments Inc.

62115491_1

Dated: April 13, 2017

By: ___/s/ Andrew N. Thomases___
Andrew N. Thomases
ROPES & GRAY LLP
1900 University Avenue, 6th Fl.
East Palo Alto, CA 94303
andrew.thomases@ropesgray.com
(650) 617-4000

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

State of _____

County of _____

    On this 13th day of April, 2017, before me, personally appeared Andrew N. Thomases, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

*[handwritten: See attached Acknowledgment]*

_____
Notary Public

62115491_1

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __San Mateo__ )

On __April 17, 2017__ before me, __Anna M. Schipper, Notary Public__,
        Date                        Here Insert Name and Title of the Officer

personally appeared __Andrew N. Thomases__
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ANNA M. SCHIPPER, Notary Public – California, San Mateo County, Commission # 2185001, My Comm. Expires Mar 15, 2021]

Signature _____
            Signature of Notary Public

Place Notary Seal Above

─────────── **OPTIONAL** ───────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document** Affidavit of Andrew N. Thomases in Support of Motion
Title or Type of Document: __To Admit Counsel Pro Hac Vice__   Document Date: __April 17, 2017__
Number of Pages: __4__   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Andrew N. Thomases__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __Self__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ANDREW NEIL THOMASES*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ANDREW NEIL THOMASES, #177339, was on the 20th day of June, 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 12th day of April, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., <br><br> Plaintiff, <br><br> v. <br><br> SGL CARBON, LLC, and <br> SGL GROUP SE <br> Defendants. | Civil Action No. CV 17-2217 <br><br> **[PROPOSED] ORDER GRANTING** <br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Andrew N. Thomases, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

So **ORDERED** and **SIGNED** this ____ day of _____, 2017.

_____
United States District Court Judge/Magistrate Judge

62115491_1