UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., <br><br> Plaintiff, <br><br> v. <br><br> SGL CARBON, LLC, and <br> SGL GROUP SE <br><br> Defendants. | Civil Action No. CV 17-2217 <br><br> **<u>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE</u>** |

PLEASE TAKE NOTICE that pursuant to the affidavit of Matthew J. Rizzolo in support of this motion and the Certificate of Good standing attached thereto, I will move the Court before the Honorable Dora L. Irizarry and/or James Orenstein at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Matthew J. Rizzolo, an attorney with the firm of Ropes & Gray LLP, and a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff, Veeco Instruments Inc. There are no pending disciplinary proceedings against me in any state or

Dated: April 14, 2017

By: _____
Matthew J. Rizzolo
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Matthew.Rizzolo@ropesgray.com
(202) 508-4600

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

62115316_2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VEECO INSTRUMENTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CV 17-2217 |
| ) | |
| SGL CARBON, LLC, and ) | **AFFIDAVIT OF MATTHEW J. RIZZOLO** |
| SGL GROUP SE ) | **IN SUPPORT OF MOTION TO ADMIT** |
| Defendants. ) | **COUNSEL *PRO HAC VICE*** |
| ) | |

State of Washington D.C.
County of _____

Matthew J. Rizzolo, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Ropes & Gray LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff, Veeco Instruments Inc.

62115316_2

Dated: April 19, 2017

By: *[signature]*

Matthew J. Rizzolo
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Matthew.Rizzolo@ropesgray.com
(202) 508-4600

*Counsel for Plaintiff*
*Veeco Instruments Inc.*

State of __Washington, DC__

County of _____

On this 19th day of April, 2017, before me, personally appeared Matthew J. Rizzolo, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

*[signature]*
Notary Public

FRANCES M. JACKSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2019

62115316_2



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Matthew Joseph Rizzolo

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of January, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **7th day of April, 2017**.

*Robert D. Mayberger*
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MATTHEW J. RIZZOLO

was on **DECEMBER 7, 2009** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 10, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEECO INSTRUMENTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CV 17-2217 |
| ) | |
| SGL CARBON, LLC, and ) | **[PROPOSED] ORDER GRANTING** |
| SGL GROUP SE ) | **MOTION TO ADMIT COUNSEL** |
| Defendants. ) | ***PRO HAC VICE*** |
| ) | |

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Matthew J. Rizzolo, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

So **ORDERED** and **SIGNED** this ____ day of _____, 2017.

_____
United States District Court Judge/Magistrate Judge

62115316_2