AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Veeco Instruments Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-02217-PKC-JO |
| SGL Carbon, LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGL Carbon, LLC and SGL Carbon SE    .

Date: 07/17/2017

/s/ Robin M. Davis
*Attorney's signature*

Robin M. Davis (RD7256)
*Printed name and bar number*

RADULESCU LLP
The Empire State Building,
350 Fifth Avenue, Suite 6910
New York, NY 10118
*Address*

Robin@RadIP.com
*E-mail address*

(646) 502-5950
*Telephone number*

(646) 502-5959
*FAX number*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of July 2017, the foregoing document was filed with the Court and served in accordance with the Federal Rules of Civil Procedure and Local Civil Rule 5.2(a) upon all parties and participants who have registered for service via the Court's CM/ECF system.

                */s/ Robin M. Davis*
                Robin M. Davis