UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

VEECO INSTRUMENTS INC,

                Plaintiff,

                                  Civil Action No. 17-CV-2217 (PKC)

v.                                    NOTICE OF MOTION TO ADMIT
                                    COUNSEL PRO HAC VICE
SGL CARBON, LLC, and              BRIAN M. BUROKER
SGL GROUP SE,

                Defendants.
---------------------------------------------------------X

TO:     Steven Pepe
          Cassandra B. Roth
          Ropes & Gray LLP
          1211 Avenue of the Americas
          New York, NY 10036
          (212) 596-9000

          Andrew N. Thomases
          Ropes & Gray LLP
          1900 University Avenue, 6th Fl.
          East Palo Alto, CA, 94303
          (650) 617-4000

          Matthew J. Rizzolo
          Andrew J. Sutton
          Ropes & Gray LLP
          2099 Pennsylvania Ave. NW
          Washington, D.C. 20006
          (202) 508-4600

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Gibson, Dunn & Crutcher LLP and a member in good standing of the Bar of the State of Virginia and the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in

whole or in part as counsel for Defendants SGL Carbon, LLC and SGL Group SE.   There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  January 3, 2018

Respectfully submitted,

Brian M. Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
BBuroker@gibsondunn.com
(202) 955-8500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VEECO INSTRUMENTS INC,
                Plaintiff,

                                                      Civil Action No. 17-CV-2217 (PKC)

v.                                                 AFFIDAVIT OF BRIAN M.
                                                 BUROKER IN SUPPORT OF
SGL CARBON, LLC, and                    MOTION TO ADMIT COUNSEL
SGL GROUP SE,                                    *PRO HAC VICE*
                Defendants.
-----------------------------------------------------------X

Brian M. Buroker, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Virginia and the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants SGL Carbon, LLC and SGL Group SE.

Dated: January 3, 2018

_____
Brian M. Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
BBuroker@gibsondunn.com
(202) 955-8500

NOTARIZED

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 3rd day of January, 2018

_____
Jennifer Gooding
Notary Public, D.C.
My commission expires 1/31/21

[Notary Seal: JENNIFER GOODING, NOTARY PUBLIC, EXP. 1-31-21, DISTRICT OF COLUMBIA]

2

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BRIAN MARK BUROKER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BUROKER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 26, 1996**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued December 6, 2017

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## BRIAN M. BUROKER

was on **JANUARY 5, 1998** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **DECEMBER 7, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VEECO INSTRUMENTS INC,
                Plaintiff,

v.

SGL CARBON, LLC, and
SGL GROUP SE,
                Defendants.
-----------------------------------------------------------X

Civil Action No. 17-CV-2217 (PKC)

[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Brian M. Buroker, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $150.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

So **ORDERED** and **SIGNED** this ___ day of _____ , **2018.**

_____
United States District Court Judge/Magistrate Judge